HENINGER GARRISON DAVIS, LLC
Attorneys for Plaintiff
JOAO CONTROL & MONITORING SYSTEMS, LLC
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 896-3876

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 03 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOAO CONTROL & MONITORING SYSTEMS, LLC,

v.

CHRYSLER GROUP LLC,

Defendant.

ECF CASE

Civil No. 1:13-CV-00053-TPG-JCF

**Jury Trial Demanded**

---

## NOTICE OF PLAINTIFF JOAO CONTROL & MONITORING SYSTEMS, LLC'S INTENT TO FILE A MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, DEFERMENT UNTIL AFTER SERVICE OF INVALIDITY CONTENTIONS

PLEASE TAKE NOTICE that Plaintiff Joao Control & Monitoring Systems, LLC hereby moves this Court to reconsider the decision granting Defendant Chrysler Group, LLC's Motion to Transfer Venue, or in the alternative to defer transfer of this case until after September 25, 2013, the date for completion of the document production accompanying Chrysler Group, LLC's invalidity contentions.

Respectfully submitted this 30th day of August, 2013.

New York, New York

/s/ *Maureen V. Abbey*
Maureen V. Abbey
**HENINGER GARRISON DAVIS, LLC**
NY Bar No. MA-1562
5 Penn Plaza, 23rd Floor
New York, New York 10001
Telephone: (212) 896-3876
Facsimile: (646) 378-2001
E-mail: maureen@hgdlawfirm.com

Attorney for Plaintiff
JOAO CONTROL & MONITORING
SYSTEMS, LLC

Ordered
---

Any motion for reconsideration shall be filed consistent with the local rules.

9/3/13         K— B. Fo——
                    USDJ

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing papers are being served on Defendant's counsel CM/ECF which will send an electronic mail to the attorneys of record in accordance with the Local Rules and Federal Rules of Civil Procedure.

/s/ *Maureen V. Abbey*
Maureen V. Abbey